**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JULIA BRANTLEY**,

**Plaintiff**,

**v.** **Case No. 3:24-cv-587-TKW-ZCB**

**BLUE DIAMOND MOVERS, INC.**
d/b/a Blue Diamond Premium Services, **et al.**,

**Defendants**.
_______________________________________/

## ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT

Upon due consideration of Plaintiff's renewed motion for default judgment (Doc. 58), the attachments to the motion, the spreadsheets detailing the damages (Doc. 52), and the entire case file, the Court finds that Plaintiff is entitled to a default judgment against Defendants in the amount of $248,550.00, inclusive of attorney's fees. Accordingly, it is

**ORDERED** that:

1. Plaintiff's renewed motion for default judgment (Doc. 58) is **GRANTED**, and the Clerk shall enter a default judgment in favor of Plaintiff stating:

> Plaintiff Julia Brantley shall recover from Defendants Blue Diamond Movers, Inc. d/b/a Blue Diamond Premium Services, Packmark Movers LLC, Logistic Moving Services LLC, and Handle With Care

Moving Transportation LLC, jointly and severally, the total of $248,550.00, plus post-judgment interest at the federal statutory rate from this date forward, for which sums let execution issue.

2. The Clerk shall close the case file.

**DONE and ORDERED** this 12th day of June, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**